

**MANDATE**

S.D.N.Y. /NYNY
04-cv-8127
Mukasey, C. J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, at Foley Square, in the City of New York, on the 2nd day of March, two thousand six,

Present:     Hon. John M. Walker, Jr.,
                      *Chief Judge,*
              Hon. Richard J. Cardamone,
              Hon. Sonia Sotomayor,
                      *Circuit Judges.*



Stanley Bethea,

                     Plaintiff-Appellant,

              v.                                                    05-3736-cv

National Football League, Inc.,

                     Defendant-Appellee.

This court has determined *sua sponte* that it lacks jurisdiction over this appeal because the notice of appeal is untimely under Rule 4(a)(1) of the Federal Rules of Appellate Procedure. Therefore, it is ORDERED that the appeal is dismissed. The motions for *in forma pauperis* status and assignment of counsel are denied as moot.

A TRUE COPY
Roseann B. MacKechnie, CLERK

by _____
        DEPUTY CLERK

SAO-TLQ

MAR - 2 2006

FOR THE COURT:
Roseann B. MacKechnie, Clerk

By _Lucille Carr_

Issued as Mandate

10/10/06